# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SUPPRESSED

UNITED STATES OF AMERICA
*Plaintiff*

v.

SAMUEL L. INMAN
*Defendant(s)*

Case Number: 26-cr-30145-SMY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SAMUEL L. INMAN ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Methamphetamine all in violation of 21:846 and 21:841(b)(1)(A)(viii)
Count 3: Distribution of Methamphetamine in violation of 21:841(a)(1) and 21:841(b)(1)(A)(viii)
Count 4: Distribution of Methamphetamine in violation of 21:841(a)(1) and 21:841(b)(1)(A)(viii)
Count 5: Distribution of Methamphetamine in violation of 21:841(a)(1) and 21:841(b)(1)(A)(viii)
Count 6: Distribution of Cocaine in violation of 21:841(a)(1) and (b)(1)(C)
Count 7: Distribution of Methamphetamine in violation of 21:841(a)(1), 18:2, and 21:841(b)(1)(A)(viii)

Date: November 4, 2026

Amanda Camarillo, Deputy Clerk
*Issuing officer's signature*

City and state: Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*