FILED

NOV - 3 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30145-SMY |
| | ) | |
| SAMUEL L. INMAN, | ) | Title 21, United States Code, Sections |
| PHOEBE K. BALDWIN, | ) | 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), |
| DEREK S. CLARK, | ) | 841(b)(1)(C) |
| [redacted] | ) | Title 18, United States Code, Section 2 |
| | ) | |
| Defendants. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
## CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE

From in or about July 2025, until on or about September 21, 2026, in Lawrence County, Illinois, within the Southern District of Illinois, and elsewhere,

**SAMUEL L. INMAN,**
**PHOEBE K. BALDWIN,**
**DEREK S. CLARK, and**
[redacted]

defendants herein, did knowingly combine, conspire, and agree together and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of methamphetamine involved in the conspiracy was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**COUNT 2**
**DISTRIBUTION OF METHAMPHETAMINE**

On or about April 9, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**DEREK S. CLARK and**
[redacted]

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the total amount of a mixture or substance containing a detectable amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

**COUNT 3**
**DISTRIBUTION OF METHAMPHETAMINE**

On or about June 15, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**SAMUEL L. INMAN,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**COUNT 4**
**DISTRIBUTION OF METHAMPHETAMINE**

On or about June 22, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**SAMUEL L. INMAN,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**COUNT 5**
**DISTRIBUTION OF METHAMPHETAMINE**

On or about June 26, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**SAMUEL L. INMAN,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**<u>COUNT 6</u>**
**DISTRIBUTION OF COCAINE**

On or about June 26, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**SAMUEL L. INMAN,**

defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**<u>COUNT 7</u>**
**DISTRIBUTION OF METHAMPHETAMINE**

On or about July 8, 2026, in Lawrence County, Illinois, within the Southern District of Illinois,

**SAMUEL L. INMAN and**
**PHOEBE K. BALDWIN,**

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**<u>FORFEITURE ALLEGATION</u>**

As a result of the foregoing offense described in Count 1,

**SAMUEL L. INMAN,**
**PHOEBE K. BALDWIN,**
**DEREK S. CLARK, and**
[redacted]

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or

indirectly, or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Count 1. The property to be forfeited includes, but is not limited, to:

1. $1,486.00 in United States Currency;
2. One Highpoint, Model 4595, caliber 45ACP, bearing serial number: R125750;
3. One Anderson Manufacturing, Model AM-15 5.56 NATO, caliber 5.56, bearing serial number:19301871;
4. Any and all magazines and ammunition contained therewith.

A TRUE BILL

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.11.01 14:00:29 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

J. DAVID SANDERS
Assistant United States Attorney